UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Troy K. Scheffler,                                                Civil File No. 0:18-cv-1757 (JNE/LIB)

       Plaintiff,                                                                      **STIPULATION**

vs.

City of Blaine and District Court
Administrator of the Tenth Judicial
District of the State of Minnesota,

       Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Troy K. Scheffler and Defendant District Court Administrator of the Tenth Judicial District of the State of Minnesota, through their respective counsel of record that the time to respond to the Complaint, either by answer or motion, shall be extended to August 31, 2018.

WHEREFORE, the Court may grant an Order that Defendant District Court Administrator of the Tenth Judicial District of the State of Minnesota shall respond to the Complaint no later than August 31, 2018.

Dated: August 21, 2018                           /s Peter Nickitas_____
                                                                      PETER NICKITAS
                                                                      Peter J. Nickitas Law Office, LLC
                                                                      431 S. 7th St., Suite 2446,
                                                                      Minneapolis, MN 55415
                                                                      ATTORNEY FOR PLAINTIFF

Dated:  August 21, 2018	OFFICE OF THE ATTORNEY GENERAL
	State of Minnesota


	/s Kathryn Iverson Landrum
	KATHRYN IVERSON LANDRUM
	Assistant Attorney General
	Atty. Reg. No. 0389424

	445 Minnesota Street, Suite 1100
	St. Paul, Minnesota 55101-2128
	(651) 757-1189 (Voice)
	(651) 282-5832 (Fax)
	kathryn.landrum@ag.state.mn.us

	ATTORNEY FOR DEFENDANT DISTRICT COURT ADMINISTRATOR FOR THE TENTH JUDICIAL DISTRICT OF TE STATE OF MINNESOTA